UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                       PLAINTIFF

V.                                       CRIMINAL ACTION NUMBER : 1:10CR-44-TBR

ROGER KOLLMAN                                           DEFENDANT

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge James D. Moyer, the plea of guilty by the defendant as to a lesser included offense of Count 1 in the Superseding Indictment is hereby accepted, and the defendant is adjudged guilty of such offense. Sentencing is hereby scheduled for **Tuesday, December 4, 2012 at 11:00 a.m.**, before the Honorable Thomas B. Russell, Senior United States District Court Judge.

Copies to: U.S. Attorney
               U.S. Probation
               Counsel of Record